Dismissed and Opinion filed October 10, 2002









Dismissed and Opinion filed October 10, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00922-CV

____________

 

IN THE INTEREST OF A.D.

 

 



 

On Appeal from the 314th District Court

Harris County, Texas

Trial Court Cause No. 01-01960J

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed July 30, 2002, in a suit to terminate
parental rights.  On September 27, 2002,
appellant, Barbara Cuero, and appellee, the Texas
Department of Protective & Regulatory Services, filed a joint motion to
dismiss the appeal because appellant no longer desires to prosecute her
appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed October 10, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).